**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

    Plaintiff,                            No. C 04-0634 PJH

   v.                                 **ORDER RE FILING OF DOCUMENTS
UNDER SEAL**

MONSANTO COMPANY,

    Defendant.
_____/

       Before the court is defendant Monsanto's request to file under seal the entirety of its motion for summary judgment and a number of exhibits in support. Plaintiff has stipulated that it has no objection to the request.

       The court will not approve a broad sealing order that essentially gives each party carte blanche to decide which portions of the record will be sealed and, therefore, not made part of the public record. See Civil L. R. 79-5 and Citizens First Nat'l Bank v. Cincinnati Ins. Co., 178 F.3d 943 (7th Cir. 1999). See also Standing Order re Sealed or Confidential Documents. Federal Rule of Civil Procedure 26(c) requires the court to determine whether good cause exists to seal any part of the record of a case. Accordingly, no document shall be filed under seal, without a court order, narrowly tailored to cover only the document, the particular portion of the document, or category of documents for which good cause exists for filing under seal.

       Thus, merely summarily stating that information contained in exhibits "is highly confidential" without providing further information is not sufficient to grant a request to file even individual exhibits to a declaration under seal. Furthermore, the court will not permit the filing of the entirety of the memorandum of points and authorities under seal absent any showing by

1  Monsanto why such a broad order is appropriate.  The court will, however, permit Monsanto to
2  file publicly a version of its brief in which the individual sentences or paragraphs containing
3  confidential information are redacted and file whole exhibits under seal upon a better showing
4  of good cause.
5        To that end, if a party wishes to file a document under seal, that party shall first file a
6  written request for a sealing order setting forth the good cause for each individual redaction
7  and accompanied by a proposed order and public version of the brief as specified above.
8  Defendant must also electronically file the public version of its brief and supporting
9  declarations, with only the confidential information at issue redacted or removed.
10       **IT IS SO ORDERED.**
11 Dated: April 29, 2005

_____/s/_____
PHYLLIS J. HAMILTON
United States District Judge