UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,

    Plaintiff,

    v.

MONSANTO COMPANY,

    Defendant.

_____/

No. C 04-0634 PJH

**ORDER RE FILING OF DOCUMENTS UNDER SEAL**

Monsanto has submitted for the court's approval an administrative request to seal two documents designated by the Regents as confidential.

The court will not approve a broad protective order that essentially gives each party carte blanche to decide which portions of the record will be sealed and, therefore, not made part of the public record. See Civil L. R. 79-5 and Citizens First Nat'l Bank v. Cincinnati Ins. Co., 178 F.3d 943 (7th Cir. 1999). See also Standing Order re Sealed or Confidential Documents. Federal Rule of Civil Procedure 26(c) requires the court to determine whether good cause exists to seal any part of the record of a case. Accordingly, no document shall be filed under seal, without a court order, narrowly tailored to cover only the document, the particular portion of the document, or category of documents for which good cause exists for filing under seal.

It is the responsibility of the party requesting the sealing order to demonstrate good cause. The court will not grant a request based solely on the ground that the opposing party has designated the document as confidential. Rather the requesting party must obtain a declaration establishing good cause from the opposing party. This declaration shall be filed in conjunction with the request for a sealing order. If the opposing party will not comply with a

request from the party requesting the sealing order, the requesting party shall file the documents in the public file.

The parties shall revise and resubmit the proposed order in accordance with this order.

**IT IS SO ORDERED.**

Dated:  May 19, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge