GERALD P. DODSON (CA SBN 139602)
ERIK J. OLSON (CA SBN 175815)
ERICA D. WILSON (CA SBN 161386)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
E-mail: GDodson@mofo.com

JAMES E. HOLST (CA SBN 34654)
P. MARTIN SIMPSON, JR. (CA SBN 122867)
NANCY Y. CHU (CA SBN 181159)
OFFICE OF THE GENERAL COUNSEL
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
1111 Franklin Street, 8th Floor
Oakland, California 94607-5200
Telephone: (510) 987-9800

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No.   C04 00634 PJH (EDL)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

This matter comes before the Court on a miscellaneous administrative request to file under seal Plaintiff The Regents of the University of California's ("The Regents") Motion to Compel Production of Documents Relevant to Willful Infringement and certain exhibits to the Declaration

1  of Erik J. Olson in Support of Plaintiff's Motion to Compel Production of Documents Relevant to
2  Willful Infringement (the "Olson Declaration").  Having considered The Regents' request, as well
3  as the pleadings and materials lodged in this matter, **IT IS ORDERED THAT** the following
4  documents or portions thereof be filed under seal:

5  ?    Plaintiff's Motion to Compel Production of Documents Relevant to Willful Infringement
6  ?    Exhibit A to the Olson Declaration
7  ?    Exhibit B to the Olson Declaration
8  ?    Exhibit C to the Olson Declaration
9  ?    Exhibit F to the Olson Declaration
10 ?    Exhibit G to the Olson Declaration
11 ?    Exhibit N to the Olson Declaration
12 ?    Exhibit O to the Olson Declaration
13 ?    Exhibit P to the Olson Declaration
14 ?    Exhibit Q to the Olson Declaration
15 ?    Exhibit S to the Olson Declaration
16 ?    Exhibit U to the Olson Declaration
17 ?    Exhibit V to the Olson Declaration
18 ?    Exhibit W to the Olson Declaration

21 Dated: __June 10, 2005_____     _____
22                                       ~~Phyllis J. Hamilton~~ Elizabeth D. Laporte
                                          United States ~~District~~ Judge
23                                                      ^Magistrate

*IT IS SO ORDERED — Judge Elizabeth D. Laporte*

[PROPOSED] ORDER GRANTING PLTF.'S ADMIN. MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. C04 00634 PJH (EDL)
pa-981716

2