1  GERALD P. DODSON (State Bar No. 139602)
   ERIK J. OLSON (State Bar No. 175815)
2  ERICA D. WILSON (State Bar No. 161386)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone:  (650) 813-5600
   Facsimile:  (650) 494-0792
5  E-mail:  GDodson@mofo.com

6  JAMES E. HOLST (State Bar No. 34654)
   P. MARTIN SIMPSON, JR. (State Bar No. 122867)
7  NANCY Y. CHU (State Bar No. 181159)
   OFFICE OF THE GENERAL COUNSEL
8  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
   1111 Franklin Street, 8th Floor
9  Oakland, California 94607-5200
   Telephone: (510) 987-9800
10
   Attorneys for Plaintiff
11 THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

12 VICTORIA F. MAROULIS (State Bar No. 202603)
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
13 555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
14 Telephone:  (650) 801-5000

15 JOHN B. QUINN (Bar No. 090378)
   ADRIAN M. PRUETZ (Bar No. 118215)
16 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   865 South Figueroa Street, 10th Floor
17 Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
18 Facsimile:  (213) 443-3100

19 Attorneys for Defendant
   MONSANTO COMPANY

20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Corporation,<br><br>            Plaintiff,<br>    v.<br><br>MONSANTO COMPANY, a Delaware Corporation,<br>            Defendant. | Case No. C04 00634 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DATES FOR EXPERT DISCLOSURES** |

**RECITALS**

A. WHEREAS the Court has previously set dates for expert disclosures and for dispositive motions;

B. WHEREAS the parties wished to preserve this schedule—particularly dates that affect filings with the Court—but accommodate the changes to discovery discussed below;

~~C. WHEREAS the parties have agreed to Monsanto's request to change the hearing date on a pending discovery motion from July 5, 2005 to July 12, 2005;~~

D. WHEREAS the parties have agreed to reschedule certain depositions of Monsanto witnesses until after July 12, 2005 because the scope of these depositions will be affected by the Court's ruling on the discovery motion;

E. WHEREAS The Regents believes that it needs the deposition of these witnesses to prepare its expert reports concerning willfulness and damages;

**STIPULATION AND REQUEST**

Accordingly, the parties stipulate and jointly request:

1. That the Court revise the previously ordered dates for disclosure of expert reports according to the following schedule (with changes from the previously ordered schedule underlined):

(a) July 21: Simultaneous exchange of expert reports on issues for which the submitting party bears the burden of proof (with the exception of The Regents' expert report(s) on damages and willfulness).

(b) August 4: Simultaneous exchange of expert reports on issues for which the submitting party does not bear the burden of proof and exchange of The Regents' initial expert report(s) on damages and willfulness;.

(c) August 16: Simultaneous exchange of expert rebuttal reports solely to the extent that expert reports on August 4 raise new issues not previously disclosed in the July 21 reports.

(d) August 18: Exchange of Monsanto's expert report(s) on damages and willfulness.

(e) August 24: <u>The Regents' expert rebuttal reports, if any, on damages and willfulness solely to the extent that the expert report(s) on August 18 raise new issues not previously disclosed.</u>

(f) August 31: Expert discovery cut off.

(g) September 7: Last date to file dispositive motions.

2. All other discovery deadlines, restrictions, and cut offs shall remain as previously ordered.

Dated: June 13, 2005                    MORRISON & FOERSTER LLP


                                        By: s/ ERIK J. OLSON
                                            ERIK J. OLSON

                                        Attorneys for Plaintiff
                                        THE REGENTS OF THE
                                        UNIVERSITY OF CALIFORNIA

Dated: June 13, 2005                    QUINN EMANUEL URQUHART OLIVER &
                                            HEDGES, LLP


                                        By: s/ VICTORIA F. MAROULIS
                                            VICTORIA F. MAROULIS

                                        Attorneys for Defendant
                                        MONSANTO COMPANY


**IT IS SO ORDERED**.

Dated: 6/15/05

                                        _____
                                        Honorable Phyllis J. Hamilton
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING DATES FOR EXPERT DISCLOSURES
CASE NO. C04 00634 PJH
pa-986170

1   I, ERIK J. OLSON am the ECF User whose ID and password are being used to file this
2   **STIPULATION AND [PROPOSED] ORDER REGARDING DATES FOR EXPERT**
3   **DISCLOSURES.**  In compliance with General Order 45, X.B., I hereby attest that Victoria F.
4   Maroulis has concurred in this filing.

Date:  June 13, 2005

                                        MORRISON & FOERSTER LLP

                                        By:  __s/ERIK J. OLSON_____
                                                ERIK J. OLSON

                                                Attorneys for Plaintiff
                                                THE REGENTS OF THE UNIVERSITY OF
                                                CALIFORNIA