```
 1  GERALD P. DODSON (CA SBN 139602)
    ERIK J. OLSON (CA SBN 175815)
 2  ERICA D. WILSON (CA SBN 161386)
    MORRISON & FOERSTER LLP
 3  755 Page Mill Road
    Palo Alto, California 94304-1018
 4  Telephone: (650) 813-5600
    Facsimile: (650) 494-0792
 5  E-mail: GDodson@mofo.com

 6  JAMES E. HOLST (CA SBN 34654)
    P. MARTIN SIMPSON, JR. (CA SBN 122867)
 7  NANCY Y. CHU (CA SBN 181159)
    OFFICE OF THE GENERAL COUNSEL
 8  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
    1111 Franklin Street, 8th Floor
 9  Oakland, California 94607-5200
    Telephone: (510) 987-9800
10
    Attorneys for Plaintiff
11  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No.   C04 00634 PJH (EDL)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:    July 12, 2005<br>Time:    9:00 a.m.<br>Before:  Hon. Elizabeth D. Laporte<br>Location: Courtroom E, 15th Fl. |

This matter comes before the Court on a miscellaneous administrative request to file under seal Plaintiff The Regents of the University of California's ("The Regents") Motion to Compel Production of Documents Relevant to Willful Infringement and certain exhibits to the Declaration

1  of Dara Tabesh in Support of Plaintiff's Motion to Compel Production of Documents Relevant to
2  Willful Infringement (the "Tabesh Reply Declaration").  Having considered The Regents'
3  request, as well as the pleadings and materials lodged in this matter, **IT IS ORDERED THAT**
4  the following documents or portions thereof be filed under seal:

5  ☐  Plaintiff's Reply Memorandum of Points and Authorities in Support of Motion to Compel Discovery of Documents Relevant to Willful Infringement
6
7  ☐  Exhibit A to the Tabesh Reply Declaration
8  ☐  Exhibit C to the Tabesh Reply Declaration
   ☐  Exhibit D to the Tabesh Reply Declaration

Dated: 7/1/2005

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

_____
Elizabeth D. LaPorte
United States District Judge