UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

    Plaintiff,

    v.

MONSANTO COMPANY,

    Defendant.
_____/

No. C 04-0634 PJH

**ORDER RE MONSANTO'S REQUEST TO CONTINUE DATES**

Before this court is defendant Monsanto's request for a six-week continuance on dates in this matter and a request to continue the trial date. Plaintiff Regents opposes the request.

Because pretrial papers in this case are due on December 5, 2005, no continuance is possible on the current trial schedule. As it currently stands, there are already fewer than 60 days between the summary judgment hearing (and the court notes that each party has been given leave to file three motions) and the pretrial filing deadline.

The next available date on this court's calendar for a four-week trial is November 27, 2006. Thus, the court is disinclined to grant <u>any</u> continuance. The parties are ordered to meet and confer as to whether the November 27, 2006 trial date is acceptable to both sides, and file a letter informing the court as to their decision. If the date is not acceptable, Monsanto's request will be denied.

**IT IS SO ORDERED.**

Dated: July 8, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge