F

1  QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
      Victoria F. Maroulis (Bar No. 202603)
2     victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, CA 94065
   Telephone: (650) 801-5000
4  Facsimile: (650) 801-5100

E-Filing

5  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
6     johnquinn@quinnemanuel.com
      Adrian M. Pruetz (Bar No. 118215)
7     adrianpruetz@quinnemanuel.com
   865 S. Figueroa Street, 10th Floor
8  Los Angeles, California 90017
   Telephone: (213) 443-3000
9  Facsimile: (213) 443-3100

10 Attorneys for Defendant MONSANTO COMPANY

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14 THE REGENTS OF THE UNIVERSITY      )  CASE NO. C04-00634-PJH (EDL)
   OF CALIFORNIA, a California public  )
15 corporation,                        )  STIPULATION AND [PROPOSED] ORDER
                                       )  REGARDING DATES FOR EXPERT
16              Plaintiff,             )  DISCLOSURES
                                       )
17       v.                            )
                                       )
18 MONSANTO COMPANY, a Delaware        )
   corporation,                        )
19                                     )
                Defendant.             )
20 _____)

03585/33668

STIPULATION AND [PROPOSED] ORDER REGARDING DATES FOR EXPERT DISCLOSURES
CASE NO. C04-00634-PJH (EDL)

# RECITALS

A. WHEREAS the Court has previously set dates for expert disclosures and for dispositive motions;

B. WHEREAS Magistrate Judge Elizabeth D. Laporte disqualified one of Monsanto's expert witnesses on July 27, 2005;

C. WHEREAS Judge Laporte determined that Monsanto should be given two weeks of additional time to retain a replacement expert; and

D. WHEREAS Plaintiff does not oppose the relief Judge Laporte proposes.

# STIPULATION AND REQUEST

Accordingly, the parties stipulate and jointly request:

1. That the Court revise the previously ordered dates for disclosure of experts – for patent unenforceability, patent law and/or willfulness experts only – according to the following schedule:

   (a) August 11: Plaintiff's expert reports on issues for which it bears the burden of proof;

   (b) August 18: Defendant's expert reports on issues for which it bears the burden of proof;

   (c) August 25: Defendant's expert reports on issues for which it does not bear the burden of proof;

   (d) August 31: Expert discovery cut off for all other issues (unchanged);

   (e) September 1: Plaintiff's expert report on issues for which it does not bear the burden of proof;

   (f) September 7: Last date to file dispositive motions (unchanged).

   (g) September 9: Expert discovery cut off for patent unenforceability and patent law experts;

2. All other discovery deadlines, restrictions, and cut offs shall remain as previously ordered.

xM:

1  DATED: July 28, 2005                QUINN EMANUEL URQUHART OLIVER &
2                                      HEDGES, LLP
3
4                                      By: _____/S/_____
                                           Victoria F. Maroulis
5                                          Attorneys for Defendant
                                           MONSANTO COMPANY
6
7  DATED: July 28, 2005                MORRISON & FOERSTER LLP
8
9                                      By: _____/S/_____
                                           Erik J. Olson
10                                         Attorneys for Plaintiff
                                           THE REGENTS OF THE UNIVERSITY
11                                         OF CALIFORNIA

12  **IT IS SO ORDERED.**

13

14

15  Dated: 8/1/05                       _____
                                        Honorable Phyllis J. Hamilton
16                                      United States District Judge

03585/33668

STIPULATION AND [PROPOSED] ORDER REGARDING DATES FOR EXPERT DISCLOSURES
CASE NO. C04-00634-PJH (EDL)

2

ATTESTATION OF E-FILED SIGNATURE

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file **STIPULATION AND [PROPOSED] ORDER REGARDING DATES FOR EXPERT DISCLOSURES**. In compliance with General Order 45, X.B., I hereby attest that ERIK J. OLSON, has concurred in this filing

DATED: July 28, 2005

> QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
>
> By: _____/S/_____
> Victoria F. Maroulis
> Attorneys for Defendant
> MONSANTO COMPANY

03685/27757v1

ATTESTATION OF E-FILED SIGNATURE
CASE NO. C04-00634-PJH (EDL)