IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant.<br>_____/ | No. C-04-00634 PJH  (EDL)<br><br>**ORDER DENYING MONSANTO'S MOTION TO ALLOW GERALD J. MOSSINGHOFF ACCESS TO CONFIDENTIAL INFORMATION AND DISQUALIFYING MR. MOSSINGHOFF FROM SERVING AS AN EXPERT ON BEHALF OF MONSANTO** |

Having considered the arguments and evidence submitted and for good cause appearing: The Court hereby DENIES Monsanto's Motion To Allow Gerald J. Mossinghoff Access to Confidential Information and disqualifies Mr. Mossinghoff from serving as an expert on behalf of Monsanto.

**IT IS SO ORDERED.**

Dated: August 1, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge