| | |
|---|---|
| 1 | GERALD P. DODSON (CA SBN 139602) |
| | ERIK J. OLSON (CA SBN 175815) |
| 2 | ERICA D. WILSON (CA SBN 161386) |
| | MORRISON & FOERSTER LLP |
| 3 | 755 Page Mill Road |
| | Palo Alto, CA  94304-1018 |
| 4 | Telephone: (650) 813-5600 |
| | Facsimile: (650) 494-0792 |
| 5 | E-mail: GDodson@mofo.com |
| 6 | JAMES E. HOLST (CA SBN 34654) |
| | P. MARTIN SIMPSON, JR. (CA SBN 122867) |
| 7 | NANCY Y. CHU (CA SBN 181159) |
| | OFFICE OF THE GENERAL COUNSEL |
| 8 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |
| | 1111 Franklin Street, 8th Floor |
| 9 | Oakland, CA  94607-5200 |
| | Telephone: (510) 987-9800 |
| 10 | |
| 11 | Attorneys for Plaintiff |
| | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Corporation, | | Case No.    C04 00634 PJH (EDL) |
| | | **DISCOVERY MATTER** |
| Plaintiff, | | |
| v. | | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| MONSANTO COMPANY, a Delaware Corporation, | | |
| Defendant. | | Date: August 16, 2005 |
| | | Time: 9:00 a.m. |
| | | Before: Honorable Elizabeth D. Laporte |
| | | Location: Courtroom E, 15th Floor |

This matter comes before the Court on a miscellaneous administrative request to file under seal Plaintiff The Regents of the University of California's ("The Regents") Motion to Compel Production of Business and Financial Discovery and certain exhibits to the Declarations of

Graham M. Buccigross and Erik J. Olson in Support of Plaintiff's Motion to Compel Production of Business and Financial Discovery (the "Buccigross Declaration" and the "Olson Declaration"). Having considered The Regents' request, as well as the pleadings and materials lodged in this matter, **IT IS ORDERED THAT** the following documents or portions thereof be filed under seal:

- ? Plaintiff's Motion to Compel Production of Business and Financial Discovery
- ? Plaintiff's Contentions In Support Of Motion To Compel Production Of Business And Financial Discovery
- ? Exhibit C to the Buccigross Declaration
- ? Exhibit E to the Buccigross Declaration
- ? Exhibit H to the Buccigross Declaration
- ? Exhibit I to the Buccigross Declaration
- ? Exhibit J to the Buccigross Declaration
- ? Exhibit K to the Buccigross Declaration
- ? Exhibit N to the Buccigross Declaration
- ? Exhibit O to the Buccigross Declaration
- ? Exhibit Q to the Buccigross Declaration
- ? Exhibit R to the Buccigross Declaration
- ? Exhibit U to the Buccigross Declaration
- ? Exhibit V to the Buccigross Declaration
- ? Exhibit W to the Buccigross Declaration
- ? Exhibit A to the Olson Declaration
- ? Exhibit B to the Olson Declaration

IT IS SO ORDERED.

Dated: _____August 2_, 2005

ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLTF.'S ADMIN. REQUEST TO FILE DOCUMENTS UNDER SEAL
C04 00634 PJH (EDL)
sd-269434