GERALD P. DODSON (CA SBN 139602)
ERIK J. OLSON (CA SBN 175815)
ERICA D. WILSON (CA SBN 161386)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
E-mail: GDodson@mofo.com

JAMES E. HOLST (CA SBN 34654)
P. MARTIN SIMPSON, JR. (CA SBN 122867)
NANCY Y. CHU (CA SBN 181159)
OFFICE OF THE GENERAL COUNSEL
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone: (510) 987-9800

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No.   C04 00634 PJH (EDL)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL**<br><br>Date:   August 16, 2005<br>Time:   9:00 a.m.<br>Before:  Honorable Elizabeth D. Laporte<br>Location: Courtroom E, 15th Floor |

This matter comes before the Court on a miscellaneous administrative request that the public version of Plaintiff's Reply in Support of Its Motion to Compel Production of Business and Financial Discovery, filed August 1, 2005, be removed from the public record and filed under

1  seal; and to file a redacted version in the public record.  Having considered The Regents' request,

2  as well as the pleadings and materials lodged in this matter, **IT IS ORDERED THAT**

3      (1)    Plaintiff's Reply in Support of Its Motion to Compel Production of Business and Financial Discovery, filed August 1, 2005, be replaced in the public record with a redacted, non-confidential version of that document; and

5      (2)    A non-redacted, confidential version of Plaintiff's Reply in Support of Its Motion to Compel Production of Business and Financial Discovery be filed under seal.

IT IS SO ORDERED.

Dated: _____August 2___, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLTF.'S ADMIN. REQUEST TO FILE DOCUMENT UNDER SEAL
C04 00634 PJH (EDL)
pa-999058

2