```
 1   QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
       Victoria F. Maroulis (Bar No. 202603)
 2      victoriamaroulis@quinnemanuel.com
     555 Twin Dolphin Drive, Suite 560
 3   Redwood Shores, CA 94065
     Telephone: (650) 801-5000
 4   Facsimile: (650) 801-5100

 5   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
       John B. Quinn (Bar No. 090378)
 6      johnquinn@quinnemanuel.com
       Adrian M. Pruetz (Bar No. 118215)
 7      adrianpruetz@quinnemanuel.com
     865 S. Figueroa Street, 10th Floor
 8   Los Angeles, California 90017
     Telephone: (213) 443-3000
 9   Facsimile: (213) 443-3100

10   Attorneys for Defendant MONSANTO COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California public corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MONSANTO COMPANY, a Delaware corporation,<br><br>　　　　　　Defendant.<br>_____ | CASE NO. C04-00634-PJH (EDL)<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION PURSUANT TO CIVIL L.R. 7-11 TO FILE UNDER SEAL (1) ~~DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF BUSINESS AND FINANCIAL DISCOVERY~~; (2) EXHIBITS A-C TO THE DECLARATION OF JOHN van LOBEN SELS IN SUPPORT OF OPPOSITION; (3) DECLARATIONS OF STEVEN BIERSCHENK, JULIA O'NEIL ~~AND ANNE TROUPIS~~; (4) RESPONSE TO PLAINTIFF'S CONTENTIONS IN SUPPORT OF MOTION TO COMPEL, AND (5) EXHIBITS A AND C TO THE DECLARATION OF JOHN van LOBEN SELS IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR ADMISSION<br><br>Date:　　　August 16, 2005<br>Time:　　　9:00 a.m.<br>Before:　　Honorable Elizabeth D. Laporte<br>Location:　Courtroom E, 15th Floor |

03685/33560

1  Having considered Defendant Monsanto Company's Motion under Civil L.R. 7-11 to File
2  Documents under Seal, and good cause appearing therefor,
3  IT IS HEREBY ORDERED that:
4  1. Defendant Monsanto Company's Motion to File Documents Under Seal is hereby
5  GRANTED; ~~and~~ in part; and,
6  2. The Clerk of the Court shall file under seal the following documents:
7  - ~~The unredacted version of Defendant Monsanto Company's Opposition to Plaintiff's Motion to Compel Production of Business and Financial Discovery;~~
9  - Exhibits A-C of the Declaration of John van Loben Sels in Opposition to Plaintiff's Motion to Compel Production of Business and Financial Discovery;
10  - Declarations of Steven Bierschenk, Julia O'Neil ~~and Anne Troupis;~~
11  - Monsanto Company's Response to the Plaintiff's Contentions Pursuant to Local Rule 37-2 in Support of Motion to Compel Responses to Interrogatories and Requests for Admission; and
13  - Exhibits A and C of the Declaration of John van Loben Sels in Opposition to Plaintiff's Motion to Compel Responses to Interrogatories and Requests for Admission.

3. Many of the redactions in Defendant's Opposition appear unjustified. <u>See, e.g.,</u> pp. 1-4. Redacting the Declaration of Ms. Troupis also seems unjustified. If within one week Monsanto makes a further showing explaining why these redactions are appropriate, the Court will order the documents filed under seal. Until then, these two documents will remain lodged with the Court.

Dated: _____ August 2, 2005

The Honorable Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Elizabeth D. Laporte

03685/33560

1
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION PURSUANT TO CIVIL L.R. 7-11 TO FILE UNDER SEAL
CASE NO. C04-00634-PJH (EDL)