1  GERALD P. DODSON (CA SBN 139602)
   ERIK J. OLSON (CA SBN 175815)
2  ERICA D. WILSON (CA SBN 161386)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  E-mail: GDodson@mofo.com

6  JAMES E. HOLST (CA SBN 34654)
   P. MARTIN SIMPSON, JR. (CA SBN 122867)
7  NANCY Y. CHU (CA SBN 181159)
   OFFICE OF THE GENERAL COUNSEL
8  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
   1111 Franklin Street, 8th Floor
9  Oakland, CA  94607-5200
   Telephone: (510) 987-9800
10
   Attorneys for Plaintiff
11 THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16

17 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Corporation, | Case No.  C04 00634 PJH (EDL) |
|---|---|
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RE: PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR ADMISSION** |
| MONSANTO COMPANY, a Delaware Corporation, | |
| Defendant. | Date: August 16, 2005<br>Time: 9:00 a.m.<br>Before: Hon. Elizabeth D. Laporte<br>Location: Courtroom E, 15th Floor |

1  This matter comes before the Court on Plaintiff The Regents of the University of
2  California's ("The Regents") Administrative Motion to File Documents Under Seal Re Plaintiff's
3  Motion to Compel Responses to Interrogatories and Requests for Admission. Having considered
4  The Regents' request, as well as the arguments of the parties and the pleadings and materials
5  lodged in this matter, IT IS ORDERED that the following documents may be filed under seal:
6     Plaintiff's Motion to Compel Responses to Interrogatories and Requests for Admission;
7     Exhibit A to the Declaration of Erik J. Olson in Support of Plaintiff's Motion to Compel
8  Responses to Interrogatories and Requests for Admission ("Olson Declaration")
9     Exhibit B to the Olson Declaration;
10    Exhibit C to the Olson Declaration;
11    Exhibit E to the Olson Declaration;
12    Exhibit F to the Olson Declaration;
13    The Regents' Contentions Pursuant to Local Rule 37-2 in Support of Motion to Compel
14 Responses to Interrogatories and Requests for Admission (Appendix A to Plaintiff's Motion to
15 Compel Responses to Interrogatories and Requests for Admission)
16    IT IS SO ORDERED.
17    Dated: ___August 2, 2005

                                          Honorable Elizabeth D. Laporte
                                          Judge of the United States District Court

[PROPOSED] ORDER RE PLAINTIFF' MOTION TO FILE DOCUMENTS UNDER SEAL
C04 00634 PJH (EDL)
pa-992917

1