# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant.<br>_____/ | No. C-04-0634 PJH (EDL)<br><br>**ORDER GRANTING DEFENDANT'S MOTION PURSUANT TO CIVIL L.R. 7-11 TO FILE UNDER SEAL DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF BUSINESS AND FINANCIAL DISCOVERY** |

    Having considered Defendant Monsanto Company's Motion Pursuant to Civil L.R. 7-11 to File Documents Under Seal, and good cause appearing therefor, the Court GRANTS Defendant's Motion. The Clerk of the Court shall file under seal the un-redacted version of Defendant Monsanto Company's Opposition to Plaintiff's Motion to Compel Production of Business and Financial Discovery.

**IT IS SO ORDERED.**

Dated: August 11, 2005

                                                            _____
                                                            ELIZABETH D. LAPORTE
                                                            United States Magistrate Judge