GERALD P. DODSON (CA SBN 139602)
ERIK J. OLSON (CA SBN 175815)
ERICA D. WILSON (CA SBN 161386)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
E-mail: GDodson@mofo.com

JAMES E. HOLST (CA SBN 34654)
P. MARTIN SIMPSON, JR. (CA SBN 122867)
NANCY Y. CHU (CA SBN 181159)
OFFICE OF THE GENERAL COUNSEL
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Telephone: (510) 987-9800


Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No.    C04 00634 PJH (EDL)<br><br>**STIPULATION WITH RESPECT TO INTRODUCTION OF EVIDENCE ON THE EFFECT OF PUBLIC OPINION ON SALES OF POSILAC** |

In connection with The Regents' Motion to Compel Production of Business and Financial

Discovery, which were heard on August 16, 2004, the parties hereby stipulate as follows:

STIP. WITH RESPECT TO INTRO. OF EVIDENCE ON THE EFFECT OF PUBLIC OPINION ON SALES OF POSILAC
C04 00634 PJH (EDL)
pa-1003552

1

1.     Monsanto will not introduce any testimony or other evidence regarding the effect of public opinion with respect to POSILAC®, recombinant bGH or bovine growth hormone in reducing the present or future sales of POSILAC® or any recombinant bGH product, unless:

     A.     The Regents introduces any testimony or other evidence that public opinion with respect to POSILAC®, recombinant bGH or bovine growth hormone has increased or will increase the present or future sales of POSILAC® or any recombinant bGH product;

2.     The parties agree that the introduction of Jeffrey Leitzinger's expert report, dated August 4, 2005 or the testimony consistent with it does not "open the door" to the introduction of the evidence prohibited by this stipulation.

3.     In reliance on Monsanto's stipulation, The Regents will withdraw its requests for testimony and documents concerning recent public opinion regarding POSILAC®, recombinant bGH, and bovine growth hormone (including Requests for Production Nos. 229-232 and 276), which were a subject of the motion to compel.

DATED: August 19, 2005     MORRISON & FOERSTER LLP


By :    s/Erik J. Olson              
        Erik J.Olson
        Attorneys for Plaintiff
        The Regents of the University of California


DATED: August 19, 2005     QUINN EMANUEL URQHART OLIVER & HEDGES


By:    s/Victoria Maroulis             
        Victoria Maroulis
        Attorneys for Defendant
        Monsanto Company

STIP. WITH RESPECT TO INTRO. OF EVIDENCE ON THE EFFECT OF PUBLIC OPINION ON SALES OF POSILAC
C04 00634 PJH (EDL)
pa-1003552

2

1        I, Erik J. Olson, am the ECF User whose ID and password are being used to file this

2   **STIPULATION WITH RESPECT TO INTRODUCTION OF EVIDENCE ON THE**

3   **EFFECT OF PUBLIC OPINION ON SALES OF POSILAC.**  In compliance with General

4   Order 45, X.B., I hereby attest that Victoria Maroulis has concurred in this filing.

5

6   IT IS SO ORDERED.

7

8   Dated: _____ August 22 _, 2005

9                                                    _____
                                                     ELIZABETH D. LAPORTE
10                                                   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28