**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

        Plaintiff,

        v.

MONSANTO COMPANY,

        Defendant.
_____/

No. C 04-0634 PJH

**ORDER DENYING DEFENDANT'S MOTION TO CERTIFY INTERLOCUTORY APPEAL**

Before this court is defendant Monsanto's motion to certify this court's June 27, 2005 Order Denying Monsanto's Motion for Summary Judgment re Double Patenting ("June 27 Order") for interlocutory appeal to the Federal Circuit. Having reviewed the papers, the court DENIES the motion.[1]

An interlocutory appeal may be taken only when "the district court, in its discretion, first certifies that each ruling presented for appeal involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." Nystrom v. Trex Co., Inc., 339 F.3d 1347, 1351 (Fed. Cir. 2003), quoting 28 U.S.C. § 1292(b).

The court here does not find that the matters presented by Monsanto involve controlling questions of law as to which there is substantial ground for difference of opinion. Furthermore, the court is not convinced that granting an interlocutory appeal in this case would materially

---

[1] The court finds this motion appropriate for decision without oral argument as permitted by Civil L.R. 7-1(b) and Fed. R. Civ. P. 78. See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp., 933 F.2d 724, 729 (9th Cir. 1991) (holding that the court's consideration of the moving and opposition papers is deemed an adequate substitute for a formal hearing), cert. denied, 503 U.S. 920 (1992). Accordingly, the August 24, 2005 hearing date is hereby VACATED.

1  advance the ultimate termination of the litigation.  Given that the trial in this matter is scheduled
2  for February 2006, it is possible that, by the time the matter reaches the Federal Circuit, the
3  question may be moot (for example, if Monsanto prevails at trial).
4       The motion is DENIED.  This order fully adjudicates the matter listed at no. 279 on the
5  clerk's docket for this case.
6       **IT IS SO ORDERED.**
7  Dated: August 23, 2004

_____
PHYLLIS J. HAMILTON
United States District Judge

2