**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

    Plaintiff,

    v.

MONSANTO COMPANY,

    Defendant.
_____/

No. C 04-0634 PJH

**ORDER RE MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Before this court is Monsanto's motion for leave to file a motion for reconsideration of the court's claim construction order in light of the Federal Circuit's decision in Phillips v. AWH Corp., 415 F.3d 1303 (Fed. Cir. 2005). The Regents shall file an opposition to the motion for leave to file a motion for reconsideration no later than September 8, 2005. No reply shall be filed, and the court will rule on the papers.

**IT IS SO ORDERED.**

Dated: August 25, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge