UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

    Plaintiff,

    v.

MONSANTO COMPANY,

    Defendant.
_____/

No. C 04-0634 PJH

**ORDER DENYING DEFENDANT'S MOTION FOR MISCELLANEOUS ADMINISTRATIVE RELIEF**

    Before this court is defendant Monsanto's request to strike the declaration of Dr. Nikos Panayotatos pursuant to Civ. L. R. 7-11, which is attached as Tab 1 to the expert report of Dr. Richard Flavell. Monsanto claims that the Panayotatos declaration is attached as an attempt by the Regents to circumvent the court's previous order restricting each party to four testifying experts.

    Monsanto's request is DENIED. Under Fed. R. Civ. P. 703, Flavell may properly provide expert testimony that relies on facts provided to him by a third party. Because Flavell may be cross-examined on the contents of Panayotatos' declaration, Monsanto will suffer no prejudice from its inclusion.

    To the extent that Monsanto's objection is based additionally on its need to have a fifth testifying expert to refute the Panayotatos declaration, the court notes only that Monsanto did not previously request, and does not clearly now request, that the court modify its prior pretrial order and grant leave to designate an additional expert witness. Such a request, if it had been made in a timely fashion, may well have been granted. However as the discovery cutoff

date is tomorrow and because granting such a request would necessitate a significant delay in the pretrial schedule, it is simply too late for this relief.

This order fully adjudicates the matter listed at no. 371 on the clerk's docket for this case.

**IT IS SO ORDERED.**

Dated: August 30, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge