**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

        Plaintiff,

        v.

MONSANTO COMPANY,

        Defendant.
_____/

No. C 04-0634 PJH

**ORDER GRANTING LEAVE TO FILE MOTION TO AMEND**

        Before this court is defendant Monsanto's letter brief, requesting leave under Fed. R. Civ. P. 16 to modify the pretrial scheduling order in this matter. Monsanto requests leave to modify the pretrial scheduling order to file a motion to amend their second amended answer and counterclaim.

        Monsanto's request is GRANTED. Under Rule 16, a party need only show good cause for the modification of a pretrial scheduling order. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604. 609 (9th Cir. 1992). Here, Monsanto has demonstrated good cause for the late filing of a motion to amend. The court, though, will not reach the merits of that request until the motion has been fully briefed.

        Because summary judgment motions are scheduled to be heard in this matter on October 12, 2005, any motion to amend must be filed on an expedited basis. Monsanto's motion to amend shall be filed by September 2, 2005, and the Regents' opposition shall be filed no later than September 6, 2005. No reply shall be filed, and the court will rule on the papers.

//

//

If leave is granted for Monsanto to file the amended answer, the court will set an expedited schedule for summary judgment briefing so that those claims may be heard on October 12, 2005 as well.

**IT IS SO ORDERED.**

Dated: September 1, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

2