UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

    Plaintiff,

    v.

MONSANTO COMPANY,

    Defendant.
_____/

No. C 04-0634 PJH

**ORDER RE SEALING OF DOCUMENTS**

The court has recently approved plaintiff's administrative request to file a document under seal pursuant to Civ. L. R. 79-5. The purpose of this order is to draw counsel's attention to the fact that this court's standing order on this subject has been revised to comply with the latest revision of the local rule, and no longer requires that the party requesting the sealing of a document on the ground that the opposing party has designated the document as confidential, obtain a declaration establishing good cause from the opposing party. Rather, the order and rule both now require that following the requesting party's administrative motion, the designating party, on its own, must file the requisite declaration or risk the public filing of the document.

**IT IS SO ORDERED.**

Dated: September 2, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge