1

2

3

4                        UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6  THE REGENTS OF THE UNIVERSITY
   OF CALIFORNIA,
7
              Plaintiff,                          No. C 04-0634 PJH
8
        v.                                        **NOTICE AND ORDER**
9                                                 **CONTINUING HEARING DATE**
   MONSANTO COMPANY,
10
              Defendant.
11  _____/

12       TO ALL PARTIES AND COUNSEL OF RECORD:

13       The hearing on the parties' six motions for summary judgment and defendant's motion

14  to exclude, which was previously set for October 12, 2005, at 9:00 a.m., has been

15  CONTINUED to October 26, 2005, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building,

16  450 Golden Gate Avenue, San Francisco, California 94102.  Please note, however, that the

17  original briefing schedule shall remain in effect.

18       AT THE TIME OF ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO

19  SUBMIT **ONE** ADDITIONAL CONFORMED COPY OF EACH DOCUMENT TO THE

20  CLERK'S OFFICE, WHICH IS TO BE DESIGNATED "**PJH CHAMBERS COPY**."

21       IT IS SO ORDERED.

22  Dated:  September 12, 2005

23                                                _____
                                                  PHYLLIS J. HAMILTON
24                                                United States District Judge

25

26

27

28