| | |
|---|---|
| 1 | GERALD P. DODSON (CA SBN 139602) |
| | ERIK J. OLSON (CA SBN 175815) |
| 2 | ERICA D. WILSON (CA SBN 161386) |
| | MORRISON & FOERSTER LLP |
| 3 | 755 Page Mill Road |
| | Palo Alto, California  94304-1018 |
| 4 | Telephone: (650) 813-5600 |
| | Facsimile: (650) 494-0792 |
| 5 | Email:  GDodson@mofo.com |
| 6 | JAMES E. HOLST (CA SBN 34654) |
| | P. MARTIN SIMPSON, JR. (CA SBN 122867) |
| 7 | NANCY Y. CHU (CA SBN 181159) |
| | OFFICE OF THE GENERAL COUNSEL |
| 8 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |
| | 1111 Franklin Street, 8th Floor |
| 9 | Oakland, CA  94607-5200 |
| | Telephone: (510) 987-9800 |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA a California Public Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY a Delaware Corporation,<br><br>Defendant. | Case No. C04 00634 PJH (EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S AND DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE REQUESTS TO FILE DOCUMENTS UNDER SEAL** |

This matter comes before the Court on (1) Defendant Monsanto Company's Administrative Request To File Under Seal Exhibits D-H, J. And M-P To The Declaration Of Victoria F. Maroulis ("Maroulis Decl.") In Support Of Monsanto's Motion For Leave To File

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
C04 00634 PJH                                                                                                                      1
sd-280170

1  Second Amended Answer And Counterclaim filed on September 2, 2005 (Docket Item Nos. 402,
2  409); and (2) the Plaintiff The Regents Of The University Of California's Miscellaneous
3  Administrative Request To File Under Seal Exhibit Q To The Declaration Of Victoria F.
4  Maroulis In Support Of Monsanto's Motion For Leave To File Second Amended Answer And
5  Counterclaim, which The Regents filed on September 14, 2005, as well as the arguments of the
6  parties and the pleadings and materials lodged in this matter:

7      IT IS HEREBY ORDERED that the following documents be filed under seal:

8      Exhibits E, G, O and P to The Declaration Of Victoria F. Maroulis In Support Of
9  Monsanto's Motion For Leave To File Second Amended Answer And Counterclaim (Docket
10 Item No. 409).

11     Additionally, Exhibit Q of the same Maroulis Declaration is hereby ordered removed from
12 the public record and replaced with the redacted version attached as Exhibit A to the Declaration
13 of John A. Scott In Support Of Plaintiff's Miscellaneous Administrative Request To File
14 Documents Under Seal.

15     IT IS SO ORDERED.

17 Dated: 9/15/05 _____

19     PHYLLIS J. HAMILTON
    United States District Court Judge

22 PARTIES MUST TAKE ALL NECESSARY STEPS TO ENSURE THAT
   THE CLERK'S OFFICE HAS THE PROPER DOCUMENTS FOR
23 SEALING