QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant MONSANTO COMPANY

Gerald P. Dodson (CA SBN 139602)
Erik J. Olson (CA SBN 175815)
Erica D. Wilson (CA SBN 161386)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: GDodson@mofo.com

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California public corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>MONSANTO COMPANY, a Delaware corporation,<br><br>            Defendant. | CASE NO. C04-00634-PJH (EDL)<br><br>**STIPULATION REGARDING PRETRIAL SCHEDULE** AND ORDER |

At the hearing on the motions for summary judgment, the Court revised the trial date to February 27, 2006, and the pretrial conference to February 2, 2006.

Consistent with the Court's July 16, 2004 Case Management and Pretrial Order (which was entered again with dates and additional information on October 4, 2004), Monsanto Company and The Regents of the University of California have revised the schedule for pretrial submissions based on the understanding that the dates for pretrial submissions moved with the trial date. The dates below adopt the time frames set forth previously in the Court's July 16, 2004 order with the addition of 3 days for oppositions to motions in limine to account for the Christmas and New Year's holidays.

Accordingly, the parties jointly submit this Stipulation Regarding the Pretrial Schedule and request that the Court enter an order adopting the following schedule:

| **Pretrial Schedule** | **Prior Date** | **New Date** |
|---|---|---|
| Last day to meet and confer regarding pretrial submissions. | November 23, 2005 | December 9, 2005 |
| Last day to bring Daubert motions (with oppositions and replies according to Local Rule 7-3). | December 15, 2005 | December 15, 2005 |
| Last day for filing and submission of the Joint Pretrial Statement and all other items in Section B.3 of the Court's July 16 Order. | December 5, 2005 | December 19, 2005 |
| Last day to file oppositions to Motions in Limine. | December 20, 2006 | January 6, 2006 |
| Pretrial Conference. | January 19, 2006 | February 2, 2006 |
| Trial begins. | February 13, 2006 | February 27, 2006 |

1

| | | |
|---|---|---|
| 1 | DATED: November 7, 2005 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____/S/_____<br>Victoria F. Maroulis<br>Attorneys for Defendant |
| 5 | | MONSANTO COMPANY |
| 6 | DATED: November 7, 2005 | MORRISON & FOERSTER LLP |
| 7 | | |
| 8 | | |
| 9 | | By: _____/S/_____<br>Erik J. Olson<br>Attorneys for Plaintiff |
| 10 | | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |

**IT IS SO ORDERED.**

Dated: 11/9/05

_[signature]_

Honorable Phyllis J. Hamilton
United States District Judge

## ATTESTATION OF E-FILED SIGNATURE

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file **STIPULATION REGARDING PRETRIAL SCHEDULE**. In compliance with General Order 45, X.B., I hereby attest that **ERIK J. OLSON**, has concurred in this filing.

DATED: November 7, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____/S/_____
Victoria F. Maroulis
Attorneys for Defendant
MONSANTO COMPANY