UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,

        Plaintiff(s),

v.

MONSANTO COMPANY,

        Defendant(s).

No. C-04-0634 PJH (JCS)

**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

(E-FILING CASE)

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **December 14, 2005, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Updated confidential settlement conference statements shall be lodged with the Court **no later than December 7, 2005**.

Lead trial counsel shall appear at the conference with the parties having unlimited authority to negotiate and settle the case.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: November 10, 2005

JOSEPH C. SPERO
United States Magistrate Judge