IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>        Plaintiff,<br><br>  v.<br><br>MONSANTO COMPANY,<br><br>        Defendant.<br>_____/ | No. C-04-00634 PJH (EDL)<br><br>**ORDER CONTINUING HEARING ON MOTION TO ENFORCE DISCOVERY CUT OFF** |

       The Regents of the University of California has noticed a Motion to Enforce Discovery Cut Off to be heard on January 10, 2006, in which it requests that the Court prevent Monsanto Company from taking the depositions of certain individuals in Israel.  The Court understands that the parties have agreed to postpone scheduling the contested depositions until January 16, 2006, in order to allow Plaintiff to file its Motion on the Court's regular thirty-five day schedule.  Because the Court must continue the hearing on Plaintiff's Motion until January 17, 2006, it orders that the parties extend their agreement for six days, and that Defendant not schedule any depositions in Israel until January 23, 2006.  Scheduling depositions before the Court has had the opportunity to decide the Motion could render it moot, deprive Regents of the relief which it seeks, and cause the parties to incur unnecessary costs. (The Court also notes that the timing of the depositions and its relation to the existing discovery cut-off was discussed during the July 27, 2005 hearing that was held on Monsanto's Miscellaneous Administrative Request to obtain letters of request.)

//

//

1  The hearing on Regents' Motion is hereby continued until January 17, 2006 at 9:00 a.m.
2  Monsanto shall file any Opposition to the Motion by December 27, 2006; Regents shall file any
3  Reply by January 3, 2006.

5  **IT IS SO ORDERED.**

7  Dated: December 14, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge