GERALD P. DODSON (CA SBN 139602)
ERIK J. OLSON (CA SBN 175815)
ERICA D. WILSON (CA SBN 161386)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
E-mail: GDodson@mofo.com

JAMES E. HOLST (CA SBN 34654)
P. MARTIN SIMPSON, JR. (CA SBN 122867)
NANCY Y. CHU (CA SBN 181159)
OFFICE OF THE GENERAL COUNSEL
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
1111 Franklin Street, 8th Floor
Oakland, California 94607-5200
Telephone: (510) 987-9800

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No.   C04 00634 PJH (EDL)<br><br>**DISCOVERY MATTER**<br>ORDER ON<br>**PLAINTIFF'S WITHDRAWAL OF ITS NOTICE OF MOTION AND MOTION TO ENFORCE DISCOVERY CUT OFF**<br><br>Hearing Date: January 17, 2006<br>Time:               9:00 a.m.<br>Before: Honorable Elizabeth D. Laporte<br>Location: Courtroom E, 15th Floor |

In light of Monsanto's representation that it will not "pursue the deposition of any individuals in Israel in this action" (Defendant Monsanto Company's Opposition to Plaintiff's Motion to Enforce Discovery Cut Off, Docket No. 754, December 27, 2005), The Regents of the

PLAINTIFF'S WITHDRAWAL OF ITS NOTICE OF MOTION AND MOTION TO ENFORCE DISCOVERY CUT OFF
CASE NO. C04 00634 PJH (EDL)
pa-1037403

1

1  University of California withdraws its Notice of Motion and Motion to Enforce Discovery Cut
2  Off (Docket No. 712, December 6, 2005) and respectfully requests that the motion be taken off
3  calendar.
4  Date:  January 9, 2006

MORRISON & FOERSTER LLP

By:  s/ Erica D. Wilson
     Erica D. Wilson

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

### ORDER

IT IS SO ORDERED

Dated:  January 9, 2006

_____
Hon. Elizabeth D. Laporte
U.S. Magistrate Judge

PLAINTIFF'S WITHDRAWAL OF ITS NOTICE OF MOTION AND MOTION TO ENFORCE DISCOVERY CUT OFF
CASE NO. C04 00634 PJH (EDL)
pa-1037403

2