UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | No. C-04-0634 PJH (JCS) |
| Plaintiff(s), | |
| v. | **CONFIDENTIALITY ORDER** |
| MONSANTO COMPANY, | (E-FILING CASE) |
| Defendant(s). | |

The parties have participated in a Settlement Conference with the Court. The parties and their counsel are hereby ORDERED **not** to disclose any information regarding the negotiations between the parties to anyone except the parties and their counsel of record unless and until definitive settlement documents are signed.

IT IS SO ORDERED.

Dated: February 23, 2006

JOSEPH C. SPERO
United States Magistrate Judge