ORIGINAL

| | |
|---|---|
| 1 | GERALD P. DODSON (State Bar No. 139602) |
|   | ERIK J. OLSON (State Bar No. 175815) |
| 2 | ERICA D. WILSON (State Bar No. 161386) |
|   | MORRISON & FOERSTER LLP |
| 3 | 755 Page Mill Road |
|   | Palo Alto, California 94304-1018 |
| 4 | Telephone: (650) 813-5600 |
|   | Facsimile: (650) 494-0792 |
| 5 | E-mail: GDodson@mofo.com |
| 6 | JAMES E. HOLST (State Bar No. 34654) |
|   | P. MARTIN SIMPSON, JR. (State Bar No. 122867) |
| 7 | NANCY Y. CHU (State Bar No. 181159) |
|   | OFFICE OF THE GENERAL COUNSEL |
| 8 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |
|   | 1111 Franklin Street, 8th Floor |
| 9 | Oakland, California 94607-5200 |
|   | Telephone: (510) 987-9800 |
| 10 | |
|    | Attorneys for Plaintiff |
| 11 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |
| 12 | VICTORIA F. MAROULIS (State Bar No. 202603) |
|    | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 13 | 555 Twin Dolphin Drive, Suite 560 |
|    | Redwood Shores, California 94065 |
| 14 | Telephone: (650) 801-5000 |
| 15 | JOHN B. QUINN (Bar No. 090378) |
|    | ADRIAN M. PRUETZ (Bar No. 118215) |
| 16 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
|    | 865 South Figueroa Street, 10th Floor |
| 17 | Los Angeles, California 90017-2543 |
|    | Telephone: (213) 443-3000 |
| 18 | Facsimile: (213) 443-3100 |
| 19 | Attorneys for Defendant |
|    | MONSANTO COMPANY |
| 20 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Corporation, | | Case No. C04 00634 PJH |
| Plaintiff, | | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | | |
| MONSANTO COMPANY, a Delaware Corporation, | | |
| Defendant. | | |

1   WHEREAS on February 26, 2006, Plaintiff The Regents of the University of California
2   ("The Regents") and Defendant Monsanto Company ("Monsanto") executed a Settlement
3   Agreement and License Agreement finally resolving all claims and counterclaims in the above-
4   captioned action:

5   IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action,
6   through their respective counsel, as follows:

7   i) Pursuant to Fed. R. Civ. P. 41 (a) and (c), this action (including all claims,
8   defenses and counterclaims) is DISMISSED WITH PREJUDICE.

9   ii) The United States District Court for the Northern District of California
10  shall retain jurisdiction to resolve any dispute arising out of, relating to, or having any connection
11  with the Settlement Agreement or License Agreement.

12  iii) Each party shall bear its own costs and attorneys' fees incurred herein.

13  SO STIPULATED:

15  DATED: February 26, 2006          MORRISON & FOERSTER LLP

17                                    By _____
                                      GERALD P. DODSON

18                                    Attorneys for Plaintiff
19                                    The Regents of the University of California

21  DATED: February 26, 2006          QUINN EMANUEL URQUHART OLIVER &
22                                    HEDGES, LLP

23                                    By _____
                                      VICTORIA F. MAROULIS

25                                    Attorneys for Defendant Monsanto Company

1        Based on the Settlement Agreement and License Agreement amongst the parties, the
2  Stipulation of Dismissal with Prejudice, and for good cause:
3        IT IS HEREBY ORDERED that:
4        (1)    The above-captioned action including all claims, defenses and counterclaims, is
5  dismissed in its entirety with prejudice;
6        (2)    The Court shall retain jurisdiction over this matter for the purpose of resolving any
7  dispute that arises out of, relates to or has any connection with the Settlement Agreement and
8  License Agreement.
9  Dated: February 27, 2006

                                                           Hon. Phyllis J. Hamilton
                                                           United States District Judge