ORIGINAL

1  GERALD P. DODSON (State Bar No. 139602)
   ERIK J. OLSON (State Bar No. 175815)
2  ERICA D. WILSON (State Bar No. 161386)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  E-mail: GDodson@mofo.com

6  JAMES E. HOLST (State Bar No. 34654)
   P. MARTIN SIMPSON, JR. (State Bar No. 122867)
7  NANCY Y. CHU (State Bar No. 181159)
   OFFICE OF THE GENERAL COUNSEL
8  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
   1111 Franklin Street, 8th Floor
9  Oakland, California 94607-5200
   Telephone: (510) 987-9800
10
   Attorneys for Plaintiff
11 THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

12 VICTORIA F. MAROULIS (State Bar No. 202603)
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
13 555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
14 Telephone: (650) 801-5000

15 JOHN B. QUINN (Bar No. 090378)
   ADRIAN M. PRUETZ (Bar No. 118215)
16 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   865 South Figueroa Street, 10th Floor
17 Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
18 Facsimile: (213) 443-3100

19 Attorneys for Defendant
   MONSANTO COMPANY
20
                    UNITED STATES DISTRICT COURT
21
                    NORTHERN DISTRICT OF CALIFORNIA
22
                        SAN FRANCISCO DIVISION
23

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Public Corporation,<br><br>Plaintiff,<br>v.<br><br>MONSANTO COMPANY, a Delaware Corporation,<br>Defendant. | Case No. C04 00634 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER                                                    1
CASE NO. C04 00634 PJH
pa-1048781

1  WHEREAS on February 26, 2006, Plaintiff The Regents of the University of California
2  ("The Regents") and Defendant Monsanto Company ("Monsanto") executed a Settlement
3  Agreement and License Agreement finally resolving all claims and counterclaims in the above-
4  captioned action:

5  IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action,
6  through their respective counsel, as follows:

7  i)   Pursuant to Fed. R. Civ. P. 41 (a) and (c), this action (including all claims,
8  defenses and counterclaims) is DISMISSED WITH PREJUDICE.

9  ii)   The United States District Court for the Northern District of California
10 shall retain jurisdiction to resolve any dispute arising out of, relating to, or having any connection
11 with the Settlement Agreement or License Agreement.

12 iii)   Each party shall bear its own costs and attorneys' fees incurred herein.

13 SO STIPULATED:

DATED: February 26, 2006           MORRISON & FOERSTER LLP

                                   By _____
                                   GERALD P. DODSON

                                   Attorneys for Plaintiff
                                   The Regents of the University of California


DATED: February 26, 2006           QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP

                                   By _____
                                   VICTORIA F. MAROULIS

                                   Attorneys for Defendant Monsanto Company

1   Based on the Settlement Agreement and License Agreement amongst the parties, the
2   Stipulation of Dismissal with Prejudice, and for good cause:
3   IT IS HEREBY ORDERED that:
4   (1)   The above-captioned action including all claims, defenses and counterclaims, is
5   dismissed in its entirety with prejudice;
6   (2)   The Court shall retain jurisdiction over this matter for the purpose of resolving any
7   dispute that arises out of, relates to or has any connection with the Settlement Agreement and
8   License Agreement.

Dated: February 27, 2006

Hon. Phyllis J. Hamilton
United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
CASE NO. C04 00634 PJH
pa-1048781

3