# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

CASE NO.:   C-04-0634 PJH (JCS)

CASE NAME:   *Regents of Univ. of California v. Monsanto Co.*

MAGISTRATE JUDGE JOSEPH C. SPERO     CLERK:  Mary A. Macudzinski-Gomez

DATE:   2/25/2006       TIME:   .25 hr.       COURT REPORTER: not reported

COUNSEL FOR PLAINTIFF(S):                COUNSEL FOR DEFENDANT(S):

Gerald P. Dodson                         Thomas DeGroot

### PROCEEDINGS

☐ SETTLEMENT CONFERENCE
X FURTHER TELEPHONIC SETTLEMENT CONFERENCE
☐ DISCOVERY CONFERENCE
☐ STATUS CONFERENCE RE:
☐ TELEPHONIC SCHEDULING CONFERENCE RE:
☐ OTHER:

CASE CONTINUED TO:                            FOR

NOTES:

Further Telephonic Settlement Conference held; case settled.