UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA,

    Plaintiff(s),

    v.

MONSANTO COMPANY,

    Defendant(s).

No. C 04-00634 PJH

**ORDER DIRECTING PARTIES TO PAY JURY COSTS**

Because the parties agreed to settle this case after prospective jurors had reported to court, the Court shall assess jury costs equally againts the Regents of the University of California and Monsanto Company for February 27, 2006. Those fees total $2,007.23, as reflected on Exhibit A to this order. Said costs are payable forthwith.

**IT IS SO ORDERED.**

Dated: March _10_, 2006

PHYLLIS J. HAMILTON
United States District Judge

# EXHIBIT A

From: 02/27/06  To: 02/27/06

# Cost Assessment Bill

Event Number : 3:CV 04-0634 PJH

Date: 03/02/2006
Time: 10:15 AM

| Attendance Date | Attendance | Mileage | Parking | Public Trans | Subsistence | Miscell. | Total Exp. | Total |
|---|---|---|---|---|---|---|---|---|
| February 27, 2006 | 1,200.00 | 629.23 | 0.00 | 0.00 | 0.00 | 36.00 | 665.23 | 1,865.23 |
| Totals: | 1,200.00 | 629.23 | 0.00 | 0.00 | 0.00 | 36.00 | 665.23 | 1,865.23 |

Juror Parking: $112.00

Jury Assembly Room Coffee Service: $ 30.00

TOTAL COSTS: $ 2,007.23